IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNIE TURNER,<br><br>               Plaintiff,<br><br>    v.<br><br>MERCK & COMPANY, INC., a New Jersey corporation; MCKESSON CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>               Defendants. | 2:06-cv-0728-GEB-PAN(JFM)<br><br>ORDER |

Presently, hearings are scheduled on May 22, 2006 and June 5, 2006, respectively, for Defendant Merck's ("Defendant") motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on whether this action should be transferred to Multidistrict Litigation proceeding No. 1657 ("MDL-1657") and Plaintiff's motion to remand this action to state court. Since this action was included in the MDL Panel's May 2, 2006, Conditional Transfer Order and could be transferred to MDL-1657, judicial economy is served by deferring consideration of the pending

1  motions.  Accordingly, the hearing on the motion is continued to
2  September 18, 2006, at 9:00 a.m.  The Scheduling Conference set for
3  July 17, 2006, is vacated.  Defendant shall file a status report no
4  later than August 21, 2006, in which it shall only explain the status
5  of its effort to transfer this action to MDL-1657.
6          IT IS SO ORDERED.
7  Dated:  May 18, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge